■ JOSEPH A. GRIZZANTO, Appellant-Respondent, v GOLUB CORPORATION, Doing Business as PRICE CHOPPER SUPERMARKETS, Respondent-Appellant. (Appeal No. 2.)—Appeals unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Oneida County, Tenney, J.—Directed Verdict.) Present—Callahan, J. P., Boomer, Green, Lawton and Boehm, JJ.